1   Dennis S. Waks, Bar #142581
    455 Capitol Mall, Suite 350
2   Sacramento, California  95814
    Telephone (916) 498-9871
3

4   Attorney for Defendant
    KATHLEEN SUPATTRA WADE
5
              IN THE UNITED STATES DISTRICT COURT
6
             FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
    UNITED STATES OF AMERICA,      )
9                                  )   CR NO. 13-033-GEB
                    Plaintiff,     )
10                                 )   **STIPULATION AND ORDER**
            v.                     )
11                                 )
    GLEN PATRICK SHOULTS, et       )   DATE:  May 3, 2013
12  al.,                           )   TIME:  9:00 a.m.
                                   )   JUDGE: Hon. Garland E. Burrell
13                  Defendants.    )
                                   )
14  _____

15

16       It is hereby stipulated and agreed to by the United States of

    America through MICHELLE RODRIGUEZ, Assistant United States Attorney,
17
    and defendant, KATHLEEN SUPATTRA WADE, by and though her counsel,
18
    DENNIS S. WAKS, Attorney at Law, that the status conference set for
19
    March 15, 2013, be continued to a status conference on May 3, 2013, at
20
    9:00 a.m.  This continuance is being requested because defense counsel
21
    needs additional time to prepare, to review discovery, and to interview
22
    witnesses.  The defendant has received a large amount of discovery.
23
         Furthermore, the parties stipulate and agree that the interest of
24
    justice served by granting this continuance outweighs the best interest
25
    of the public and the defendant in a speedy trial. (18 U.S.C.
26
    §3161(h)(7)(A)).
27
         Speedy trial time is to be excluded from the date of this order
28

through the date of the status conference set for May 3, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 12, 2013

Respectfully submitted,

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
**Attorney for Defendant**
KATHLEEN SUPATTRA WADE

DATED: March 12, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including May 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for May 3, 2013, at 9:00 a.m..

Dated: March 14, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge