
**FILED**

MAY 0 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                    ) CR NO: 2:13-CR-0033 TLN

JACKIE LESTER SHOULTS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **JACKIE LESTER SHOULTS**

Detained at (custodian): **SACRAMENTO COUNTY JAIL**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: **Escape from Custody Facility; Vandalism; Buys or Receives Stolen Property; Receiving Known Stolen Motor Vehicle, Trailer or Vessel; Theft and Unlawful Driving or Taking of a Vehicle**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 6, 2013 at 2:00 P.M. in the Eastern District of California.*

Signature: /s/ Michelle Rodriguez
Printed Name & Phone No: **Michelle Rodriguez (916) 554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *May 6, 2013 at 2:00 P.M.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 3, 2013
Date                      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | JACK / JACKIE | Male ☒ | Female ☐ |
| Booking or CDC #: | 09698369 | DOB: | 03/25/1981 |
| Facility Address: | 651 I STREET | Race: | White |
| | SACRAMENTO, CA 95814 | FBI #: | |
| Facility Phone: | (916) 874-6752 | | |
| Currently Incarcerated For: | PC 4532 (B) (1); PC 594 (A); PC 496 (A); PC 496D (A); VC 10851 (A) | | |

---
**RETURN OF SERVICE**
---

Executed on _____ by _____

                                                       (Signature)

Form Crim-48                                                                             Revised 11/19/97