Dennis S. Waks, Bar #142581
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone (916) 498-9871

Attorney for Defendant
KATHLEEN SUPATTRA WADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-033-TLN |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| GLEN PATRICK SHOULTS, et al., | ) | DATE:  August 15, 2013 |
| | ) | TIME:  9:30 a.m. |
| Defendants. | ) | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to by the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney, and defendant, KATHLEEN SUPATTRA WADE, by and though her counsel, DENNIS S. WAKS, Attorney at Law, that the status conference set for June 20, 2013, be continued to a status conference on August 15, 2013, at 9:30 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant has received a large amount of discovery.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

1    Speedy trial time is to be excluded from the date of this order

2   through the date of the status conference set for August 15, 2013,

3   pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

4   (Local Code T4).

5   DATED: June 14, 2013

6                                    Respectfully submitted,

7
                                     /s/ Dennis S. Waks
8                                    _____
                                     DENNIS S. WAKS
9                                    **Attorney for Defendant**
                                     KATHLEEN SUPATTRA WADE
10

11

12  DATED: June 14, 2013
                                     BENJAMIN B. WAGNER
13                                   United States Attorney

14
                                     /s/ Dennis S. Waks for
15                                   _____
                                     MICHELLE RODRIGUEZ
16                                   Assistant U.S. Attorney

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

    / / /

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 15, 2013, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 15, 2013, at 9:30 a.m..

DATED: June 19, 2013

Troy L. Nunley
United States District Judge